## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KEILON DELAYNE JOHNSON,**

       **Petitioner,**

**v.**                                     **Case No. 3:21cv946-MCR/MAF**

**ASHLEY MOODY,**

       **Respondent.**

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge.  ECF No. 14.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).  No objections have been timely filed. Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2.    The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice**; Respondent's motion to hold petition in abeyance, ECF No. 11, is **DENIED**; and Petitioner's motion to amend, ECF No. 12, is **DENIED**.

3.   A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 19th day of July 2022.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**